UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD N. STRILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>　　　　Defendant. | Case No. 5:15-cv-05741-PSG<br><br>**JUDGMENT** |

The court has granted Defendant the United States' motion to dismiss.[1]  Because further amendment would be futile, leave to amend is denied.[2]  The Clerk shall close the file.

**SO ORDERED.**

Dated: February 18, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 26.

[2] *See id.* at 4; *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing *McQuillion v. Schwarzenneger*, 369 F.3d 1091, 1099 (9th Cir. 2004))).